Name: Timothy and Joan Dillahunt
Address: 6460 S Calle de la Mango Hereford, AZ 85615
Phone: 520.227.3006 – tjdillahunt777@gmail.com

**FILED**

JUL 2 2 2019

UNITED STATES
BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA



## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In Re: Jamie Lindley | ) | Chapter 7 |
| | ) | |
| | ) | Case No. 2:17-bk-03644 EPB |
| Anthony Mason | ) | Adversary No. 2:19-ap-00150 EPB |
| vs. | ) | |
| Timothy and Joan Dillahunt, | ) | |
| Defendant. | ) | |
| | ) | MOTION FOR ADDITIONAL TIME |
| | ) | TO FILE ANSWER |
| | ) | |

Here comes Defendants, Timothy and Joan Dillahunt, and moves the Court for additional time to file an answer in this case. We need additional time to find and hire an attorney to assist us. Thank you.

DATED: 7/18/19

SIGNED: _Joan Dillahunt  Tim Dillahunt_

Copy of the foregoing motion mailed this 18 day of July to:

Dawn McGuire
Guttilla Murphy Anderson P.C.
5415 East High Street, Suite 200
Phoenix, AZ 85054

SIGNED: _Joan Dillahunt  Tim Dillahunt_